NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAVIS M. WILLIAMS,                      )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D18-3167
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed June 7, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Ravis M. Williams, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, SILBERMAN and ATKINSON, JJ., Concur.